**Opinion issued March 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00937-CV

———————————

## DEBORAH A. BECK AND NANCY BECK-DEANE, Appellants

## V.

## DAVE ESCOBALES, Appellee

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Case No. 2013-07491

## MEMORANDUM OPINION

Appellants, Deborah A. Beck and Nancy Beck-Deane, representing that they

no longer wish to prosecute the appeal and the parties have resolved all matters at

issue, have filed a motion to dismiss the appeal. No other party has filed a notice of

appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.